IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

      Plaintiff,           1: 07 CV 0829 AWI WMW PC

  vs.                           FINDINGS AND RECOMMENDATION
                                 RE MOTION FOR SUMMARY JUDGMENT
                                 (DOC 10)

DERRAL ADAMS, et al.,

      Defendants.

      Plaintiff initiated this action by filing a civil complaint on June 4 2007.  On January 11, 2008, Plaintiff filed a motion for summary judgment.  The complaint has not been served, nor have defendants entered an appearance.  Further, on July 11, 2008, Plaintiff filed a first amended complaint, on which this action proceeds.  The first amended complaint supersedes the original complaint.

      Plaintiff is advised that once an answer has been filed, a discovery order will be entered, setting a schedule for discovery and for litigation.  A deadline will be set for the filing of dispositive motions, including motions for summary judgment.  Until such time as both parties have had time to conduct discovery, any motions for summary judgment are premature.

      Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for summary

judgment be denied without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within thirty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.   The parties are advised that failure to file objections within the specified time waives all objections to the judge's findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   July 16, 2008**              /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE