IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

      Plaintiff,         1: 07 CV 0829  AWI WMW PC

  vs.                     ORDER RE MOTION (DOC 15)

                       THIRTY DAY DEADLINE

DERRAL ADAMS, et al.,

      Defendants.

      Plaintiff has filed a motion for leave to file an amended complaint.  There has been no service of process and no defendant has entered, an appearance.  Plaintiff's motion is therefore granted pursuant to Federal Rule of Civil Procedure 15(a).

      Plaintiff is advised that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete.  Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading.  This is because, as a  general rule, an amended complaint supersedes the original complaint.  See <u>Loux v. Rhay</u>, 375 F.2d 55, 57 (9th Cir. 1967).  Once plaintiff files an amended complaint, the original pleading no longer serves any function in the case.  Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to file an

1

1  amended complaint is granted.  Plaintiff is granted thirty days from the date of service of this
2  order in which to file an amended complaint.
3
4
5  IT IS SO ORDERED.
6  **Dated:    August 20, 2008**              /s/  **William M. Wunderlich**
                                                     UNITED STATES MAGISTRATE JUDGE
7