# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Louis Lamon, | CV 1-07-0829 DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Derral G. Adams, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for enlargement of time to file a third amended complaint (Dkt. #25).

**IT IS ORDERED** that Plaintiff's motion for enlargement of time to file a third amended complaint (Dkt. #25) is **granted**. Plaintiff shall have until **April 3, 2009** within which to file a Third Amended Complaint. Additional extensions will not be granted absent extraordinary circumstances.

DATED this 2nd day of March, 2009.

_____
David G. Campbell
United States District Judge