**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Louis Lamon, | No. CV 1-07-829-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Derral G. Adams, et al., | |
| Defendants. | |

Plaintiff Barry Lamon is confined in the California State Prison in Corcoran, California. He commenced this prisoner civil rights action on May 3, 2007 (*see* Dkt. #1), and filed a third amended complaint on March 4, 2009 (Doc. #27). On April 10, 2009, the Court issued a screening order requiring answers to certain claims and dismissing the remaining claims without prejudice. Dkt. #28. Plaintiff filed a notice of appeal from that order. Dkt. #30.

On May 5, 2009, the Court issued an order concluding that the April 10 order was a non-appealable interlocutory order and directing that service be completed by the United States Marshal's Office. Dkt. #35. Plaintiff has filed an objection to that order, which the Court will construe as a motion for reconsideration. Dkt. #36. Plaintiff asserts that the April 10 order was "case dispositive" and therefore appealable. *Id.* at 3. This assertion is without merit. Final judgment has not been entered with respect to the dismissed claims (*see* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b)), and the April 10 order is not otherwise appealable (*see* 28 U.S.C. § 1292).

1 **IT IS ORDERED** that Plaintiff's motion for reconsideration (Dkt. #36) is **denied**.

2 DATED this 12th day of June, 2009.

*David G. Campbell*
_____
David G. Campbell
United States District Judge