# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Louis Lamon ) | CV 1-07-0829 DGC |
| )  Plaintiff, ) | **ORDER** |
| vs. ) | |
| Derral G. Adams, et al., ) | |
| )  Defendants. ) | |

Pro se Plaintiff, Barry Louis Lamon, has filed a "Motion to Change the Pleadings with Concurrent Motion to Curtail Discovery Pending Final Order on the Pleadings" (Dkt. #42), which the Court will construe as a motion by Plaintiff to amend his third amended complaint.

**IT IS ORDERED** that Defendants shall file a response to Plaintiff's motion on or before October 23, 2009.

DATED this 30th day of September, 2009.

_David G. Campbell_
United States District Judge