# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Louis Lamon, )<br>  Plaintiff, )<br>vs. )<br>Derral G. Adams, et al., )<br>  Defendants. ) | CV 1-07-0829 DGC<br>**ORDER** |

Pro se Plaintiff, Barry Louis Lamon, has filed a "Motion to Change the Scheduling Order" (Dkt. #49). Plaintiff has requested an additional ten days within which to serve discovery on Defendants.

**IT IS ORDERED** that Plaintiff's motion (Dkt. #49) is **granted**. Plaintiff shall have an additional ten days within which to serve his discovery on Defendants.

DATED this 16th day of November, 2009.

_____
David G. Campbell
United States District Judge