IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARRY LOUIS LAMON,** | Case No. 1:07-CV-0829 DGC (PC) |
| Plaintiff, | **ORDER** |
| **v.** | |
| **DERRAL G. ADAMS, et al.,** | |
| Defendants. | |

On July 19, 2010, Defendants filed a request to complete Plaintiff's deposition via videoconference. For good cause shown, the Court grants Defendants' request and permits counsel for Defendants to conduct Plaintiff's deposition via videoconference.

Dated this 23rd day of July, 2010.

_____
David G. Campbell
United States District Judge

1

[Proposed] Order (1:07-CV-0829 DGC (PC))