**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Louis Lamon,<br><br>         Plaintiff,<br><br>vs.<br><br>Derral G. Adams, et al.,<br><br>         Defendants. | No. 1:07-cv-00829-DGC<br><br>**ORDER** |

Plaintiff Barry Lamon is confined in the state prison in Corcoran, California. He commenced this pro se civil rights action by filing a complaint against several correctional officers. Doc. 1; *see* Doc. 27. On February 5, 2010, the Court entered an amended case management order. Doc. 68. That order sets an August 20, 2010 deadline for completion of fact discovery (*id.* ¶ 3) and provides that discovery motions and responses are not to exceed five pages each (*id.* ¶ 7).

Plaintiff has filed a motion seeking a 30-day extension to file a motion to compel and leave to file a 10-page motion. Doc. 74. Plaintiff claims that Defendants' responses to multiple sets of discovery are inadequate and legally unfounded. *Id.* He argues that he is not able to fully challenge those responses in a five-page brief. *Id.* Defendants do not oppose Plaintiff's requests on the condition that they receive the same page and time extensions. Doc. 75.

The Court will grant Plaintiff's motion in part and deny it in part. Plaintiff will be granted leave to file a 10-page motion to compel, and Defendants may file a 10-page

1  response. No reply shall be filed.

2  Plaintiff shall have until **September 3, 2010** to file his motion to compel. The Court
3  finds this to be sufficient time for Plaintiff to set forth, in a clear and concise manner, the
4  specific reasons why he believes the responses to his discovery requests are not adequate.
5  Defendants shall have until **September 17, 2010** to file their response. Defendants do not
6  need additional time given that, unlike Plaintiff, they are represented by counsel and are not
7  incarcerated. This briefing schedule does not change the other deadlines set forth in the case
8  management order. Doc. 68.

9  Because Plaintiff has submitted copies of his discovery requests and related
10 documents in connection with the instant motion (Doc. 74 at 6-121), the Court will deny his
11 request for an order directing prison officials to copy documents greater than 50 pages (*id.*
12 at 4). The Court also declines, on the present record, to order prison officials to grant
13 Plaintiff access to the law library.

14 **IT IS ORDERED:**

15 1. Plaintiff's motion for the Court to vacate or amend its case management order
16    (Doc. 74) is **granted in part** and **denied in part**.

17 2. Plaintiff shall have until **September 3, 2010** to file his motion to compel.
18    Defendants' response is due **September 17, 2010**. No reply shall be filed.
19    The motion and response shall not exceed **10 pages** each.

20 3. All other deadlines set forth in the case management order (Doc. 68) **remain
21    in effect**.

22 4. Plaintiff's request for an order directing prison officials to copy documents
23    greater than 50 pages and to grant Plaintiff access to the law library is **denied**.

24 DATED this 13th day of August, 2010.

_____
David G. Campbell
United States District Judge

- 2 -