WO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Louis Lamon,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Derral G. Adams; L. Zirkind; D. Hanson;<br>K. Elze; and J. Alvarez, et al.,<br><br>　　　　　　Defendants. | No. 1:07-cv-00829-DGC<br><br>**ORDER** |

In an order dated June 30, 2011, the Court granted summary judgment in favor of Defendants.  Doc. 111.  The Clerk entered final judgment accordingly.  Doc. 112. Plaintiff has filed a motion to vacate the judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.  Doc. 113.  The motion will be denied.

It is appropriate to alter or amend a judgment under Rule 59(e) in four circumstances: (1) newly discovered evidence has been presented, (2) the Court committed clear error, (3) the judgment is manifestly unjust, or (4) there is an intervening change in controlling law.  *See United Nat'l Ins. Co. v. Spectrum Worldwide, Inc.*, 555 F.3d 772, 780 (9th Cir. 2009).  Plaintiff has shown none of these circumstances.  Nor do his "objections" (Doc. 114) to the Court's decision warrant vacating the judgment.

**IT IS ORDERED:**

1. Plaintiff's Rule 59(e) motion for the Court to vacate its order and judgment (Doc. 113) is **denied**.

2. No further motion for reconsideration shall be filed.

Dated this 22nd day of July, 2011.

_____
David G. Campbell
United States District Judge